IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01864-MSK-MJW

JTS CHOICE ENTERPRISES, INC., d/b/a CHOICE PAINT & SUPPLY, INC.,

Plaintiff,

v.

BENJAMIN MOORE & CO., INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Plaintiff's Unopposed Motion to File an Amended Complaint (Docket No. 11) is denied. As shown by defendant's clarification and plaintiff's response thereto (Docket Nos. 12 and 13), this motion is not unopposed. Furthermore, plaintiff has not submitted a proposed amended pleading which shows the court and the defendant that any purported deficiencies have been cured. Moreover, as the case presently stands, leave of court is not required for plaintiff to file an Amended Complaint at this time. Although the motion is captioned as a motion to file an amended complaint, from the text of the motion it appears plaintiff is actually seeking permission to file an amended pleading in lieu of filing a response to the pending motion to dismiss (Docket No. 6), which is due on November 20, 2007. That request is denied. Absent an order by Judge Krieger or the withdrawal of the motion to dismiss by the defendant, plaintiff's response to the motion to dismiss shall be filed on or before November 20, 2007. Judge Krieger specifically stated in an Order dated November 1, 2007 (Docket No. 10), that no further extensions of time to respond to the motion to dismiss would be granted.

Date: November 13, 2007