IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01864-MSK-MJW

JTS CHOICE ENTERPRISES, INC., d/b/a CHOICE PAINT & SUPPLY, INC.,

Plaintiff,

v.

BENJAMIN MOORE & CO., INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Motion to Strike Amended Complaint (Docket No. 19) is denied. Although this court made it very clear to plaintiff (see Docket No. 15) that the court was not granting plaintiff's request to file such amended pleading in lieu of a response to the motion to dismiss (which was due on or before November 20, 2007), and plaintiff surprisingly did not also file a response to the motion to dismiss, not even to delineate how the amended pleading may very well make the motion to dismiss moot, leave of court is not required to file such Amended Complaint.

Date: December 4, 2007