Civil Action No. 07-cv-01864-MSK-MJW

JTS CHOICE ENTERPRISES, INC. d/b/a CHOICE PAINT & SUPPLY, INC.,

    Plaintiff,

vs.

BENJAMIN MOORE & CO., INC.,

    Defendant.

## ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE ( Docket No 23 )

IT IS ORDERED that the parties' joint motion to set a briefing schedule is granted. The

Defendant shall answer or otherwise respond to the Plaintiff's Amended Complaint on or before

December 14, 2007. Plaintiff shall respond to the Defendant's anticipated motion to dismiss on

or before January 14, 2008. Defendant shall file its reply brief in support of its anticipated

motion to dismiss by January 29, 2008.

Dated this 10th day of December, 2007

              **BY THE COURT:**

Marcia S. Krieger
United States District Judge

MICHAEL E. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO