IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01864-MSK-MJW

JTS CHOICE ENTERPRISES, INC. d/b/a CHOICE PAINT & SUPPLY, INC.,

    Plaintiff,

vs.

BENJAMIN MOORE & CO., INC.,

    Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S FIRST MOTION TO DISMISS THE COMPLAINT

---

**IT IS ORDERED** that Defendant's Motion to Withdraw the October 18, 2007 Motion to Dismiss Plaintiff's Complaint **(#39)** is **GRANTED** and the Clerk is directed to withdraw Defendant's October 18, 2007 Motion to Dismiss Plaintiff's Complaint [Dkt. #6].

DATED this 7th day of February, 2008.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge