IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01864-MSK-MJW

JTS CHOICE ENTERPRISES, INC. d/b/a CHOICE PAINT & SUPPLY, INC.,

    Plaintiff,

v.

BENJAMIN MOORE & CO., INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Unopposed Motion for Dismissal with Prejudice **(#42)** filed February 21, 2008. The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 22nd day of February, 2008.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge